

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00549-CV

Ernest **MUNGIA**,
Appellant

v.

**VIA METROPOLITAN TRANSIT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380931
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED IN PART AND REMANDED. It is ORDERED that Ernest Mungia recover his costs of this appeal from appellee VIA Metropolitan Transit.

SIGNED April 9, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice